IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: _____-cv-_____

IRIS BOTROS ANDROS,          )
                             )
         Plaintiff,          )
                             )
v.                           )
                             )
FAMILY DOLLAR STORES         )
OF NORTH CAROLINA, INC.,     )
                             )
         Defendant.          )
                             )

## NOTICE OF REMOVAL
28 U.S.C. §§ 1331, 1441 & 1446

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT
    FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Defendant Family Dollar Stores of North Carolina, Inc., in accordance with the requirements of 28 U.S.C. § 1446, hereby gives notice and remove to this court the civil action bearing the caption *Iris Botros Andros v. Family Dollar Stores of North Carolina, Inc.,* Case No.: 20-CVS-3480, which is now pending in the General Court of Justice, Superior Court Division, Durham County, North Carolina.

In support of this Notice of Removal, Defendant shows the Court:

1. Plaintiff initiated this action in the General Court of Justice, Superior Court Division, Durham County, North Carolina, Civil Action No. 20-CVS-3480, on November 16, 2020.

2. The Parties have agreed that the Complaint was served upon Defendant on November 25, 2020. A complete copy of all process, pleadings, and orders served upon

defendants is attached as **Exhibit 1** to this Notice of Removal. 28 U.S.C. § 1446(a). These documents constitute the pleadings to date.

3. As required by 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days of service of process on Defendant.

**FEDERAL QUESTION JURISDICTION**

4. This Court has original jurisdiction of this civil action under the provisions of 28 U.S.C. § 1331 because Plaintiff asserts claims under the Constitution and laws of the United States. Specifically, Plaintiff's Complaint alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. Therefore, this case presents a federal question.

5. In addition, Plaintiff's state law claims fall within the supplemental jurisdiction of this Court under the provisions of 28 U.S.C. § 1367, in that all claims are based on a common nucleus of operative facts, and the state law claims are so related to the federal claims that they form the same case or controversy.

6. Because this action satisfies the requirements of 28 U.S.C. §§ 1331 and 1367, this Court has original and supplemental jurisdiction over all claims alleged in the Complaint and this action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441.

7. Consistent with 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, Defendant served upon Plaintiff a Notice to State Court of Removal, and mailed the same to the Clerk of Superior Court, Durham County, North Carolina, for filing with a copy of this Notice.

8. Venue is proper in this District pursuant to 28 U.S.C. §1441(a) because this District embraces the place where the removed state court action is pending.

WHEREFORE, Defendant prays that further proceedings in the Superior Court of Durham County, North Carolina, be discontinued and that this action be removed to the United States District Court for the Middle District of North Carolina, and that the Court assume full jurisdiction of this action as provided by law.

Respectfully submitted, this the 16th day of December, 2020.

>OGLETREE, DEAKINS, NASH
>SMOAK & STEWART, P.C.
>
>By: /s/Michael D. McKnight
>Michael D. McKnight
>NC Bar No. 36932
>Alyssa M. Riggins
>NC Bar No. 52366
>8529 Six Forks Road, Suite 600
>Raleigh, NC 27615
>Phone: 919-787-9700
>Facsimile: 919-783-9412
>Email: Michael.mcknight@ogletree.com
>Alyssa.riggins@ogletree.com
>
>*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system and via US Mail to the following parties addressed below:

Barry Nakell
149 Dixie Drive
Chapel Hill, NC 27514
Phone: 919-967-7325
Fax: 866-730-3988
Email:bnakell50@gmail.com

*Attorney for Plaintiff*

This the 16th day of December, 2020.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/ Michael D. McKnight
Michael D. McKnight
NC Bar No. 36932
8529 Six Forks Road, Suite 600
Raleigh, NC 27615
Telephone: 919-787-9700
Facsimile: 919-783-9412
E-mail: Michael.McKnight@ogletree.com

*Attorneys for Defendant*

45226213.1