IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:20-cv-1132

| | |
|---|---|
| IRIS BOTROS ANDROS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FAMILY DOLLAR STORES OF NORTH CAROLINA, INC. | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between the parties, by and through their respective undersigned counsel, that the above-captioned action is voluntarily dismissed **WITH PREJUDICE** against Family Dollar Stores of North Carolina, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and expenses, including attorneys' fees.

Respectfully submitted this the 4th day of November, 2022.

| LAW OFFICE OF BARRY NAKELL | OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C. |
|---|---|
| /s/ Barry Nakell | |
| Barry Nakell | /s/Michael D. McKnight |
| (N.C. Bar No. 8148) | Michael D. McKnight (N.C. Bar No. 36932) |
| 149 Dixie Drive | Savannah M. Singletary (N.C. Bar No. 58082) |
| Chapel Hill, NC 27514 | 8529 Six Forks Road, Forum IV, Suite 600 |
| Phone: 919.967.7325 | Raleigh, North Carolina 27615 |
| Fax: 866.730.3988 | Telephone: 919.787.9700 |
| Email: bnakell50@gmail.com | Facsimile: 919.783.9412 |
| *Attorney for Plaintiff* | Email: Michael.mcknight@ogletree.com |
| | Email: Savannah.singletary@ogletree.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing **Joint Stipulation of Dismissal** with the Clerk of the Court using the Court's CM/ECF System, which will provide electronic notification of the same to the following:

Barry Nakell
149 Dixie Drive
Chapel Hill, NC 27514
Phone: 919.967.7325
Fax: 866.730.3988
Email: bnakell50@gmail.com

*Attorney for Plaintiff*

This the 4th day of November, 2022.

/s/ Michael D. McKnight
Michael D. McKnight (N.C. Bar No. 36932)
Savannah M. Singletary (N.C. Bar No. 58082)
8529 Six Forks Road, Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919.787.9700
Facsimile: 919.783.9412
Email: Michael.mcknight@ogletree.com
Email: Savannah.singletary@ogletree.com
*Attorneys for Defendant*